# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1698

_____

Jessie Samuel Rufus Benford,      *
                                  *

        Appellant,            *

                                    *    Appeal from the United States
     v.                              *    District Court for the Eastern
                                      *    District of Missouri.

Shell Oil (Motorcade, Inc.),      *

                                    *        **[UNPUBLISHED]**
        Appellee.             *

_____

Submitted: October 26, 2004
Filed: November 4, 2004

_____

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jessie Samuel Rufus Benford appeals the district court's[1] adverse grant of summary judgment in his action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. After careful de novo review of the record, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).